UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DOMINGOS KONDO DOS SANTOS,<br><br>Petitioner<br><br>v.<br><br>OFFICER-IN-CHARGE, U.S.<br>Immigration and Customs Enforcement<br>Scarborough Sub-Office | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-00416-LEW |

**ORDER TO SHOW CAUSE**

On this day, Petitioner Domingos Kondo dos Santos filed a pro se, verified petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) and motion for a temporary restraining order to enjoin his removal from the District of Maine (ECF No. 3). According to the verified petition and motion papers, Petitioner claims that, given his particular circumstance, he has been detained in violation of federal law and/or his constitutional rights.

Petitioner is detained in the State of Maine and therefore this Court is the appropriate court to consider his habeas petition.

Based on a review of the Petition and supporting documents, the removal of Petitioner from the State of Maine is HEREBY ENJOINED pending further proceedings so that the Court can assess the merits of the petition, except as needed to facilitate Petitioner's appearance at the previously scheduled immigration court proceedings referenced in Petitioner's papers.

Respondents are ORDERED TO SHOW CAUSE as to why the petition for a writ of habeas corpus should not be granted. The response is due by 5:00 p.m. on September 3, 2026. *See* 28 U.S.C. § 2243. Petitioner to file a reply to Respondents' response by Tuesday, September 8, 2026.

SO ORDERED.

Dated this 31st day of August, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge